IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JACOB OBERSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 12-840C |
| v. ) | (Senior Judge Merow) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of  DANIEL G. KIM  as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Daniel G. Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC  20044

 /s/ Daniel G. Kim
DANIEL G. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel:  (202) 616-9322
Fax:  (202) 307-0972
E-mail:  Danny.Kim@usdoj.gov

Dated:  January 7, 2013