## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOB OBERSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-840C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including April 5, 2013, to respond to the complaint of plaintiff, Jacob Oberstein.  Our response is currently due on February 4, 2013.  This is the Government's first request for an enlargement of time for this purpose.  We have discussed this request with plaintiff's counsel, who has indicated to us that he does not oppose this request.

This is a military pay case.  We have not yet received a copy of the administrative record or detailed comments from the agency regarding the complaint.  Counsel for the Navy, who received notice of the complaint only two weeks ago, arranged to request an expedited retrieval of records comprising the administrative record.  Counsel for the Navy notified counsel for the Government that he received a shipment of records on January 18, 2013, but had not yet begun to review those records, or even confirm that those materials comprised the requested records.  In the coming weeks, we will review those records to determine an appropriate response to the complaint, though we currently anticipate filing a dispositive motion in lieu of an answer.

In addition to having to finalize the administrative record for this matter, counsel for the Government is preparing filings and discovery responses for several other matters, in both this

Court and the Federal Circuit, in the coming weeks.

Thus, to allow sufficient time for agency counsel and counsel for the Government to coordinate and prepare the Government's response, and for supervisory review, an enlargement of time of 60 days is necessary.  Accordingly, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 60 days, to and including April 5, 2013, within which to respond to plaintiff's complaint.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

 /s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

 /s/ Daniel G. Kim
DANIEL G. KIM

MAJ SEAN D. SCHROCK, USMC          Trial Attorney
LT MATTHEW ROUSH, JAGC, USN        Commercial Litigation Branch
Office of the Judge Advocate General   Civil Division
General Litigation Division (Code 14)  U.S. Department of Justice
U.S. Department of the Navy            P.O. Box 480
1322 Patterson Avenue SE, Suite 3000   Ben Franklin Station
Washington Navy Yard, DC  20374        Washington, DC  20044
                                       Tel:  (202) 616-9322
                                       Fax:  (202) 307-0972

Dated:  January 22, 2013               Attorneys for Defendant