# In the United States Court of Federal Claims

No. 12-840 C

(Filed January 29, 2013)

| | |
|---|---|
| JACOB OBERSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On January 25, 2013, counsel for plaintiff, without explanation, submitted two sets of documents for filing to correct the omission of counsel's signature[1] on plaintiff's Complaint (ECF No. 1) and Motion for a Protective Order (ECF No. 4).

Accordingly, it is **ORDERED** that:

(1) the docket entry for the second Motion for a Protective Order (ECF No. 8) shall include "CORRECTED" in the docket entry text; and

(2) the signature page from the complaint submission shall be inserted into the original paper complaint (ECF No. 1) in the clerk's office.

s/ James F. Merow
James F. Merow
Senior Judge

---

[1] *See* Rules of the Court of Federal Claims (RCFC) Supplement to Appendix B, 19(a) for proper electronic signature format instructions.