## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JACOB OBERSTEIN           )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>THE UNITED STATES,        )<br>                          )<br>     Defendant.           )<br>_____) | No.: 1:12-cv-00840-JFM<br>(Senior Judge Merow) |

### PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Eric S. Montalvo and The Federal Practice Group, pursuant to Rule 83.1(c)(5) of the Rules of the United States Court of Federal Claims, and requests leave of Court to withdraw as counsel of record for Plaintiff, Jacob Oberstein. Counsel states as grounds the following: (1) Counsel and Plaintiff have reached an impasse with respect to the course of litigation pending before this Court; (2) Counsel has provided Plaintiff with notice, both verbal and written, of its intent to withdraw as counsel and the need to have new counsel enter an appearance in the case; (3) Counsel and Plaintiff are in agreement as to the requested withdrawal; (4) Counsel believes the withdrawal can be accomplished without prejudice to Plaintiff as the case is in its initial stages of litigation; (5) This motion is made in good faith and is not intended to prejudice the rights of the parties to the action.

Respectfully Submitted,

_____
Eric S. Montalvo
Founding Partner
The Federal Practice Group
1150 Connecticut Ave., NW
Suite 900
Washington, DC  20036
Telephone:  (202) 862-4360
Facsimile:  (888) 899-6053
emontalvo@fedpractice.com

Dated: April 1, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was served on Defendant, United States of America, and the Court on April 1, 2013.

                                                              _____
                                                              Eric S. Montalvo
                                                              Founding Partner
                                                              The Federal Practice Group
                                                              1150 Connecticut Ave., NW
                                                              Suite 900
                                                              Washington, DC  20036
                                                              Telephone:  (202) 862-4360
                                                              Facsimile:  (888) 899-6053

Dated:  April 1, 2013                                emontalvo@fedpractice.com