ORIGINAL

FILED
APR 21 2015
U.S. COURT OF
FEDERAL CLAIMS

By leave of the Judge

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JACOB OBERSTEIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 12-840C |
| | ) (Senior Judge Merow) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 19, 2015 order, the parties respectfully submit this report. The offer of plaintiff, Jacob Oberstein, has been approved by the designated representative of the Attorney General and the agreement was executed on April 17, 2014. Until the terms of the agreement have been satisfied, however, the parties respectfully request that the Court continue to stay this matter. We propose to file a further status report in 60 days.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:
LCDR STEVEN GONZALES, JAGC, USN
Office of the Judge Advocate General
General Litigation Division (Code 14)
U.S. Department of the Navy
1322 Patterson Ave. SE, Ste. 3000
Washington Navy Yard, DC 20374

K. ELIZABETH WITWER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0267
Kathryn.e.witwer@usdoj.gov
Attorneys for Defendant

April 17, 2015

## CERTIFICATE OF SERVICE

I certify that on April 17, 2015, I caused to be served by United States mail (First-Class, postage prepaid), a copy of "JOINT STATUS REPORT" to plaintiff at the address listed below:

JACOB OBERSTEIN
10101 Grosvenor Place, Apt. 904
Rockville, MD 20852
Tel: (347) 526-4399

_____
K. ELIZABETH WITWER
Trial Attorney